### PENNSYLVANIA STEEL CO. et al. v. NEW YORK CITY RY. CO. et al.
#### (and four other cases).

#### In re SECOND AVE. R. CO. IN CITY OF NEW YORK et al.

#### (Circuit Court of Appeals, Second Circuit. October 8, 1915.)

#### No. 317.

Appeals from the District Court of the United States for the Southern District of New York.

On petition for rehearing in Use and Occupation and Motor Proceedings. For former opinion, see 225 Fed. 734, —— C. C. A. ——.

Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. In controversies between the receiver and third parties as to indebtedness and the amount of it, if any, the receiver represents general creditors. All outstanding questions of exoneration in favor of one fund out of another and claims of priorities of creditors should be disposed of upon the final accounting when all parties are before the District Court. The motion made on behalf of tort creditors to resettle the mandate is denied.